**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

PATRICIA MCFARLAND and
CURTIS MCFARLAND,

      Plaintiffs,

v.                                                                              No. 2:22-cv-00655-DHU-GBW

CHAMPIONS' RUN CONDOMINIUM
ASSOCIATION and MERIDIAN
FINANCIAL SERVICES, INC.,

      Defendants.

**ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S**
**PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Chief United States Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), filed January 13, 2023. Doc. 5. In the PFRD, the Chief Magistrate Judge recommends that Plaintiffs' claims against Defendant Champions' Run Condominium Association ("Champions' Run"), be dismissed without prejudice based on Plaintiffs' failure to respond to the Order to Show Cause filed on December 16, 2022. *See* PFRD at 1-2. The parties were further notified that written objections to the PFRD were due within fourteen days and that, absent the filing of objections, no appellate review would be allowed. *Id.* at 3. No objects have been filed on the record and the deadline to do so has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

      **IT IS THEREFORE ORDERED that** the Chief Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 5) is **ADOPTED** and that Plaintiffs' claims against Defendant Champions' Run Condominium Association are **DISMISSED without prejudice**.

      **IT IS SO ORDERED**.

_____
HON. DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE