IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PATRICIA McFARLAND and
CURTIS McFARLAND,

    Plaintiffs,

v.                                                             Civ. No. 22-655 DHU/GBW

CHAMPIONS' RUN CONDOMINIUM
ASSOCIATION and MERIDIAN
FINANCIAL SERVICES, INC.,

    Defendants.

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER comes before the undersigned upon review of the record. On April 14, 2023, the undersigned ordered Plaintiffs to show cause as to "why the Court should not assess sanctions against Plaintiffs or Plaintiffs' counsel for failure to comply with the Court's Initial Scheduling Order (*doc.* 9) and to otherwise prosecute this case." *Doc. 12* at 2. The undersigned permitted Plaintiffs until April 20, 2023, to respond to the Order to Show Cause and indicated that a failure to respond would result in a recommendation of dismissal of Plaintiffs' remaining claims against Defendant Meridian pursuant to Fed. R. Civ. P. 16(f)(1) and the Court's inherent authority. *Id.* To date, Plaintiffs have not responded to the Court's second Order to Show Cause. In fact, Plaintiffs have not taken any steps to prosecute their case since it was removed to federal court on September 6, 2022. *See doc. 1*.

Based on the foregoing, I RECOMMEND that the Court DISMISS Plaintiffs' remaining claims against Defendant Meridian Financial Services, Inc. WITHOUT PREJUDICE.

_____
GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE

**THE PARTIES ARE FURTHER NOTIFIED THAT WITHIN 14 DAYS OF SERVICE** of a copy of these Proposed Findings and Recommended Disposition they may file written objections with the Clerk of the District Court pursuant to 28 U.S.C. § 636(b)(1). **A party must file any objections with the Clerk of the District Court within the fourteen-day period if that party wants to have appellate review of the proposed findings and recommended disposition. If no objections are filed, no appellate review will be allowed.**