UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PATRICIA MCFARLAND and
CURTIS MCFARLAND,

    Plaintiffs,

v.                                           No. 2:22-cv-00655-DHU-GBW

CHAMPIONS' RUN CONDOMINIUM
ASSOCIATION and MERIDIAN
FINANCIAL SERVICES, INC.,

    Defendants.

**ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

This matter is before the Court on the Chief United States Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), filed April 27, 2023. Doc. 5. In the PFRD, the Chief Magistrate Judge recommends that Plaintiffs' remaining claims against Defendant Meridian Financial Services, Inc. ("Meridian") be dismissed without prejudice based on Plaintiffs' failure to respond to the Order to Show Cause filed on April 14, 2023. *See* PFRD at 1-2. The Chief Magistrate Judge noted that Plaintiffs have not taken any steps to prosecute their case since it was removed to federal court on September 6, 2022. *See id*. at 1. Indeed, the Court previously dismissed claims against Defendant Champions' Run Condominium Association for Plaintiffs' failure to respond to a show-cause order. *See* Doc. 8. In the PFRD, the parties were further notified that written objections were due within fourteen days and that, absent the filing of objections, no appellate review would be allowed. *Id*. at 3. The Court's review of the docket shows that no objections have been filed on the record and the deadline to do so has passed. The recommendation of the Chief Magistrate Judge is therefore adopted by this Court.

**IT IS THEREFORE ORDERED that** the Chief Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 13) is **ADOPTED** and that Plaintiffs' claims against Defendant Meridian Financial Services, Inc. be **DISMISSED without prejudice**.

Because there are no remaining claims, the Court further directs the Clerk of Court to **DISMISS** this entire action **without prejudice**. The Court will enter a separate final judgment.

**IT IS SO ORDERED**.

_____
  HON. DAVID HERRERA URIAS
   UNITED STATES DISTRICT JUDGE